IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs identified in Exhibit A attached

**ORDER**

On March 12, 2024, the Court ordered Lawana S. Wichmann of OnderLaw, LLC to withdraw her appearances from Case Nos. 1:23-cv-07027-RLY-TAB, 1:23-cv-07053-RLY-TAB and 1:22-cv-02111-RLY-TAB. [Filing No. 25358.] Ms. Wichmann has yet to move to withdraw from these cases.

As stated in the Court's March 12, 2024, order, Lawana S. Wichmann and Jennifer Cummins are listed as attorneys of record for the plaintiffs in 1:23-cv-07027-RLY-TAB and 1:23-cv-07053-RLY-TAB, and Lawana S. Wichmann and George Andre Fields are listed as attorneys of record for the plaintiff in 1:22-cv-02111-RLY-TAB. Pursuant to Local Rule 83-7(c), "When one attorney seeks to replace another attorney **from the same firm**, agency, organization, or office as counsel of record on behalf of a party, a Notice of Substitution of Counsel may be filed in lieu of an appearance and motion to withdraw. …" Ms. Wichmann and Ms. Cummins are attorneys from different law firms. Similarly, Ms. Wichmann and Mr. Fields are also from different law firms.

The Court has given Ms. Wichmann ample time to file her motions to withdraw as counsel in these cases. Therefore, the Court will allow Jennifer Cummins to be substituted as

counsel for the plaintiffs in 1:23-cv-07027-RLY-TAB and 1:23-cv-07053-RLY-TAB, and George Andre Fields to be substituted as counsel for the plaintiff in 1:22-cv-02111-RLY-TAB.

IT IS THEREFORE ORDERED that Plaintiffs' motion to withdraw Lawana S. Wichmann of OnderLaw, LLC as counsel is hereby granted.  [Filing No. 25323].  The Court shall withdraw Ms. Wichmann's appearance in the cases listed at Exhibit A.

Date: 9/27/2024

*(signature)*

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system